**Form ndef521**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

In re:

Gaston B Mugnier

**Debtor(s)**

**Bankruptcy Case No.**: 16–10598

**Chapter**: 7   Section A

# Notice of Requirements under 11 U.S.C. §521(a)(1)

Individual debtors in a voluntary case under chapter 7 and 13 must file all of the information required under 11 U.S.C. §521(a)(1) within 45 days after the date of the filing of the petition, or the case shall be automatically dismissed effective on the 46th day pursuant to 11 U.S.C. §521(i). *See also* Bankruptcy Rule 1007.

The following information has not been filed with the petition and must be filed within 14 days:

☑ Schedule of assets and liabilities.

☑ Schedule of current income and current expenditures.

☑ Copies of all payment advices or other evidence of payment received within 60 days before the date of filing of the petition, by the debtor from any employer of the debtor.

☑ Statement of the amount of monthly net income.

☑ Statement disclosing any reasonably anticipated increase in income or expenditures over the 12–month period following the date of the filing of the petition.

☑ Statement of debtor's financial affairs.

New Orleans, Louisiana, March 21, 2016.

Katherine Whyte
Deputy Clerk