# Notice Recipients

District/Off: 053L–2        User: kw            Date Created: 3/21/2016
Case: 16–10598              Form ID: ndef521    Total: 1

**Recipients of Notice of Electronic Filing:**
ust        Office of the U.S. Trustee        USTPRegion05.NR.ECF@usdoj.gov

TOTAL: 1