**Notice Recipients**

District/Off: 053L–2    User: kw    Date Created: 3/21/2016
Case: 16–10598    Form ID: ndef521L    Total: 1

**Recipients of Notice of Electronic Filing:**
ust    Office of the U.S. Trustee    USTPRegion05.NR.ECF@usdoj.gov

TOTAL: 1