## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF: | CASE NUMBER: 16-10598 |
| GASTON MUGNIER | CHAPTER 7 |
| DEBTOR | SECTION "A" |

**************************************************************************

## DEBTOR'S MOTION TO MAINTAIN THE AUTOMATIC STAY

Now into Court, through undersigned counsel, comes Gaston Mugnier, who respectfully requests that this court enter an order extending the automatic stay for the duration of the bankruptcy proceeding and respectfully represents as follows:

1.

Debtor filed for relief under Chapter 7 of the United States Bankruptcy Code on March 18, 2016.  The Debtor's plan is pending confirmation.

2.

Debtor previously filed for bankruptcy relief in this District, under Chapter 13, under Case Number 14-10815, which Case was dismissed on September 17, 2015.

3.

The Debtor seeks the extension and continuation of the automatic stay pursuant to 11 U.S.C. Section 362(c)(3).  The Debtor's current bankruptcy filing occurred within one year of the dismissal of Debtor's preceding bankruptcy case.

4.

The Debtor moves that the stay be extended to all of the debtor's creditors, and in particular, to Colonial Savings and Loan, the Debtor's home mortgage lender.

5.

Debtor avers that the filing of the present bankruptcy case is in good faith as to all creditors, and specifically as to Colonial Savings and Loan, the Debtor's home mortgage lender.

6.

There has been a substantial change in the financial circumstances and personal affairs of the Debtor since the dismissal of the Debtor's previous bankruptcy filing.

WHEREFORE, after notice and hearing, the Debtor moves this Court to extend and maintain the effectiveness of the automatic stay in this Bankruptcy proceeding, as to all of the Debtor's creditors pursuant to 11 U.S.C. Section 362(c)(3), and for all other relief as is equitable and just.

The DE LEO LAW FIRM LLC

/s/ Robin De Leo
Robin De Leo
Bar Roll No. 20347
800 Ramon St.
Mandeville, LA 70448
(985) 727-1664 Telephone
(985) 727-4388 Facsimile
Email:
jennifer@northshoreattorney.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a true copy of the Motion and Notice of Hearing has been served via electronic filing and/or mailed, postage prepaid this 31st day of March, 2016, to the following:

Barbara Rivera-Fulton, Chapter 7 Trustee    barbarafulton2015@gmail.com
                                            La49@ecfcbis.com

Office of the U.S. Trustee                  USTPRegion05.NR.ECF@usdoj.gov

IRS
PO Box 7346
Philadelphia, PA 19101-7346

CKRPV Holdings, LLC
222 N Vermont St
Covington, LA 70433

Colonial Savings & Loa
Attn Bankruptcy
2626 W Freeway Bldg B
Fort Worth, TX 76102

IC Systems, Inc
444 Highway 96 East
Po Box 64378
St Paul, MN 55164

Louiana Department of Revenue
PO Box 70896
Baton Rouge, LA 70896

Noah Flom
1047 Ocean Ave
Seal Beach, CA 90740

Reich, Album, and Plunkett
3850 N Causeway Blvd
#1000
Metairie, LA 70002

Strn Cr Rec
3228 6th St.
Metairie, LA 70002

Telerecovery
3800 Florida Blvd.
Kenner, LA 70062

Transfinancial Companies
PO Box 80103
Baton Rouge, LA 70898

Your Community Credit
PO Box 630428
Irving, TX 75063

                    The DE LEO LAW FIRM LLC

                    <u>/s/ Robin De Leo</u>
                    Robin De Leo
                    Bar Roll No. 20347
                    800 Ramon St.
                    Mandeville, LA 70448
                    (985) 727-1664 Telephone
                    (985) 727-4388 Facsimile
                    Email: jennifer@northshoreattorney.com