**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN THE MATTER OF: | CASE NUMBER: 16-10598 |
| GASTON MUGNIER | CHAPTER 7 |
| DEBTOR | SECTION "A" |

*************************************************************************

**NOTICE OF HEARING**

PLEASE BE ADVISED that a Motion to Reinstate Stay has been filed.

PLEASE TAKE FURTHER NOTICE that you have until **April 19, 2016** to file an answer, objection or opposition to the Motion to Reinstate Stay.

**IF AND ONLY IF** an answer, objection or opposition to the Motion to Reinstate Stay is filed with the Clerk's Office and mailed to the counsel for Debtors, Robin R. De Leo, 800 Ramon St., Mandeville, Louisiana 70448, within seven (7) days of the filing date shown on the certificate of service of the Motion to Reinstate Stay, the hearing on the Motion to Reinstate Stay will be held on the **26th day of April, 2016 at 10:00 a.m.**, United States Bankruptcy Court, 500 Poydras Street, Room B-709, New Orleans, Louisiana.

The DE LEO LAW FIRM LLC

/s/ Robin De Leo
Robin De Leo
Bar Roll No. 20347
800 Ramon St.
Mandeville, LA 70448
(985) 727-1664 Telephone
(985) 727-4388 Facsimile
Email: jennifer@northshoreattorney.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT a true copy of the Motion to Reinstate Stay and Notice of Hearing has been served via electronic filing and/or mailed, postage prepaid this 31st day of March, 2016, to the following:

Barbara Rivera-Fulton, Chapter 7 Trustee    barbarafulton2015@gmail.com
    La49@ecfcbis.com

Office of the U.S. Trustee    USTPRegion05.NR.ECF@usdoj.gov

IRS
PO Box 7346
Philadelphia, PA 19101-7346

CKRPV Holdings, LLC
222 N Vermont St
Covington, LA 70433

Colonial Savings & Loa
Attn Bankruptcy
2626 W Freeway Bldg B
Fort Worth, TX 76102

IC Systems, Inc
444 Highway 96 East
Po Box 64378
St Paul, MN 55164

Louiana Department of Revenue
PO Box 70896
Baton Rouge, LA 70896

Noah Flom
1047 Ocean Ave
Seal Beach, CA 90740

Reich, Album, and Plunkett
3850 N Causeway Blvd
#1000
Metairie, LA 70002

Strn Cr Rec
3228 6th St.
Metairie, LA 70002

Telerecovery
3800 Florida Blvd.
Kenner, LA 70062

Transfinancial Companies
PO Box 80103
Baton Rouge, LA 70898

Your Community Credit
PO Box 630428
Irving, TX 75063

                The DE LEO LAW FIRM LLC

                <u>/s/ Robin De Leo</u>
                Robin De Leo
                Bar Roll No. 20347
                800 Ramon St.
                Mandeville, LA 70448
                (985) 727-1664 Telephone
                (985) 727-4388 Facsimile
                Email: jennifer@northshoreattorney.com